**Marc S. CASON, Sr., Plaintiff— Appellant,**

v.

**M.D.P.S.C.S.; Division of Correction; Terisita Jackson, CMSII; R. Thomas, Co II; R. Weeks, Co II; EMSA Medical Services; Barbara Peace, RN; Steve Reynolds, RN; Daphne Green, RN; Kelly, Nurse Practitioner, and any other medical staff responsible for the mistreatment and negligence of the plaintiff, Defendants—Appellees.**

No. 05–7467.

United States Court of Appeals, Fourth Circuit.

Submitted March 30, 2006.

Decided April 6, 2006.

Marc S. Cason, Sr., Appellant Pro Se.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marc S. Cason, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cason v. MDPSCS,* No. CA–05–2400–CCB (D.Md. Sept. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*